**CATHOLIC SOCIAL SERVICES, INC. (CENTRO DE GUADALUPE IMMIGRATION CENTER); California Coalition of Welfare Center for Immigrants Rights, Inc.; Mercedes Aguilar De Lopez; Maria Teresa Reyes; and Sara Orantes De Palacios, Plaintiffs–Appellants and Cross–Appellees,**

v.

**Janet RENO,\* Attorney General of the United States of America, Defendant–Appellee and Cross–Appellant.**

**Nos. 88–15046, 88–15127 and 88–15128.**

United States Court of Appeals, Ninth Circuit.

July 7, 1993.

---

\* Janet Reno is substituted for her predecessor, Richard Thornburgh, as Attorney General of the United States of America.

Before GOODWIN, SNEED, and HUG, Circuit Judges.

### ORDER

Pursuant to the order of remand of the United States Supreme Court in *Reno, Attorney General, et al. v. Catholic Social Services, Inc., et al.,* —— U.S. ——, 113 S.Ct. 2485, 125 L.Ed.2d 38 (1993), this case is remanded to the district court for further proceedings consistent with that opinion.